COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER ON MOTION

Appellate case name:        In the Interest of D.L.D., Jr., L.L.S., J.J.S., and H.N.S., Children

Appellate case number:     01-15-00160-CV

Trial court case number:    2013-05778J

Trial court:                313th Judicial District Court of Harris County

This is an accelerated appeal from a judgment in a suit in which the termination of the parent-child relationship is at issue ("parental termination case"). The clerk's record was filed on March 4, 2015, and the reporter's record was filed on April 6, 2015, after the reporter was granted one twenty-day extension. *See* TEX. R. APP. P. 28.4(b)(2). Thus, the appellant's brief was due by April 27, 2015. *See id.* at 38.6(a)(2). On the day the brief was due, April 27, 2015, appellant's appointed counsel filed a notice of appearance and unopposed motion for an extension of time to file the appellant's brief, requesting a forty-five day extension until June 11, 2015.

Appeals in parental termination cases are to be brought to final disposition within **180 days** of the date the notice of appeal is filed, so far as reasonably possible. *See* TEX. ST. JUD. ADMIN. R. 6.2(a) (West Supp. 2014). The notice of appeal was filed in the trial court on February 18, 2015, by appointed counsel for the mother, J.T.D, a/k/a J.T.S., setting the 180-day compliance deadline for August 17, 2015. Although appellant's counsel's motion is unopposed, the accelerated schedule in parental termination cases requires greater compliance with briefing deadlines.

Appellant's counsel contends that an extension is needed because the clerk's and reporter's record are in need of supplementation, but counsel does not indicate what parts of the records need supplementation, whether they are relevant, and whether he has made any requests to supplement with the trial clerk and court reporter. *See* TEX. R. APP. P. 34.5(c)(1), 34.6(d). Further, while appellant's counsel asserts that an extension is also necessary here because he is preparing the appellant's briefs in two other parental

termination cases, counsel does not provide the deadlines in those cases, whether they were set before the deadline in this case, and whether he has sought extensions in those cases. *See* TEX. R. APP. P. at 10.5(b)(1)(C).

Accordingly, the appellant's motion for an extension of time to file appellant's brief is **GRANTED, in part, and DENIED, in part, until May 20, 2015, and no further extensions will be granted absent extraordinary circumstances**. If the appellant's brief is not filed by that date, this case may be abated for the trial court to hold a hearing and appellant's counsel, Donald M. Crane, may be required to show cause why he should not be held in contempt of court.

It is so ORDERED.


Judge's signature: /s/ <u>Laura Carter Higley</u>
               ☒ Acting individually    ☐ Acting for the Court

Date: April 30, 2015